924

MARSHALL would grant certiorari.

No. 89–1419. HALIFAX HOSPITAL MEDICAL CENTER *v.* BOLT ET AL. C. A. 11th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 88–1264. SAFFLE, WARDEN, ET AL. *v.* PARKS, 494 U. S. 484;

No. 88–6613. BOYDE *v.* CALIFORNIA, 494 U. S. 370;

No. 88–7222. TASSIN *v.* LOUISIANA, 493 U. S. 874;

No. 89–1226. WALKER *v.* SUBURBAN HOSPITAL ASSN. ET AL., 494 U. S. 1056;

No. 89–5998. HAMILTON *v.* CALIFORNIA, 494 U. S. 1039;

No. 89–6395. MCCLAIN *v.* MITCHELL ET AL., 494 U. S. 1006;

No. 89–6455. IN RE WARREN, 494 U. S. 1025;

No. 89–6553. GAUNCE *v.* BURGENER ET AL., 494 U. S. 1035;

No. 89–6594. IN RE MARTIN, 494 U. S. 1025; and

No. 89–6639. KIM *v.* UNITED STATES, 494 U. S. 1037. Petitions for rehearing denied.

MAY 1, 1990

No. A–760. SHAW *v.* ARMONTROUT, WARDEN. Application for stay of execution of sentence of death, presented to JUSTICE BLACKMUN, and by him referred to the Court, denied. JUSTICE BLACKMUN and JUSTICE STEVENS would grant the application.

JUSTICE BRENNAN, with whom JUSTICE MARSHALL joins, dissenting.

Adhering to my view that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227 (1976) (BRENNAN, J., dissenting), I would grant the application for a stay. I believe that the procedural posture of this case makes a stay particularly appropriate. The Court of Appeals for the Eighth Circuit affirmed the District Court's denial of Robert